# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

BOARD OF TRUSTEES, SHEET )
METAL WORKERS' NATIONAL )
PENSION FUND, )
)
    Plaintiff, )
)
v. ) Civil Action No. 01:10-cv-405
)
KITCHEN EQUIPMENT )
MANUFACTURING CO., INC. )
)
    Defendant. )

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated August 5, 2010. Defendants have not filed objections, and the time for filing such objections as lapsed.

Based on a _de novo_ review of the evidence in this case, this Court affirms the findings and recommendation of the Magistrate Judge. It is hereby

ORDERED that default judgment is entered against Defendant Kitchen Equipment Manufacturing Co., Inc., in favor of Plaintiff Sheet Metal Owrkers' National Pension Fund in the amount of $34,060.75. It is

FURTHER ORDERED that Defendant shall (1) file complete, proper, and timely remittance reports with accompanying contributions for all periods for which defendant is obligated

to do so under its current and future collective bargaining agreements, (2) pay to Plaintiff all monies, including contributions due through the date of judgment and thereafter, liquidated damages, interest from the date payment was due until paid, or through the date of judgment, and for all other periods for which Defendant is obligated, and (3) permit an audit of wage, payroll, and personnel records for all periods for which defendant is obligated to contributed to the Fund and pay all contributions, interest, and liquidated damages discovered in such audit and the costs of such audit.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
October 26, 2010